JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON WEATHERSPOON, an Individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDEX FREIGHT, INC., a California Corporation; DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | Case No. 5:20-cv-01712 (MWF) (SHKx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Complaint Filed: March 4, 2020<br>Trial Date: November 16, 2021 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

Dated: May 19, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE